CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 13 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ABDUL-HAMZA WALI MUHAMMAD, ) | CASE NO. 7:14CV00529 |
| Plaintiff, ) | |
| v. ) | |
| RANDALL CHARLES MATHENA, ) ET AL., ) | |
| | |
| ABDUL-HAMZA WALI MUHAMMAD, ) | CASE NO. 7:16CV00034 |
| Plaintiff, ) | |
| v. ) | |
| DR. HAPPY EARL SMITH, ET AL., ) | |
| Defendant(s). ) | |
| | |
| ABDUL-HAMZA WALI MUHAMMAD, ) | CASE NO. 7:16CV00223 |
| Plaintiff, ) | |
| v. ) | ORDER |
| DR. HAPPY EARL SMITH, ET AL., ) | |
| | By: Glen E. Conrad |
| Defendant(s). ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motions for preliminary injunction in the above-referenced cases are **DENIED**.

The clerk will send a copy of this order to plaintiff.

ENTER: This 13th day of June, 2016.

_____
Chief United States District Judge