CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 08 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL-HAMZA WALI MUHAMMAD, | ) | CASE NO. 7:16CV00223 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| HAPPY EARL SMITH, ET AL., | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Dr. Smith's motion for summary judgment (ECF No. 41) is **GRANTED** on the ground that Muhammad failed to exhaust administrative remedies properly, and all claims against this defendant are dismissed with prejudice;

2. The other defendants' dispositive motions (ECF No. 31 and 41) are **GRANTED** as to all claims except the retaliation contention in Claim 2 against Trent, Huff, and Barksdale, and except for these three defendants, the clerk will terminate all other defendants as parties to the action; and

3. The clerk will **SCHEDULE** this matter for trial as to the remaining claim against Trent, Huff, and Barksdale.

ENTER: This 8th day of August, 2017.

/s/ G. Conrad
United States District Judge